IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ENAN HARVEY, :
:
    Plaintiff, :
:
v. : CASE NO. 2:21-CV-00950
:
PORTFOLIO RECOVERY :
ASSOCIATES, LLC, :
:
    Defendant. :
:

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant Portfolio Recovery Associates, LLC hereby removes the above-captioned matter to this Court from the Magisterial District Court for Delaware County, No. 32-2-40, and in support thereof avers as follows:

1. Portfolio Recovery Associates, LLC is a defendant in a civil action originally filed on or about January 25, 2021 in the Magisterial District Court for Delaware County, No. 32-2-40, titled *Enan Harvey v. Portfolio Recovery Associates, LLC* and docketed to Case No. MF-32240-CV-0000005-2021.

2. The removal is timely under 28 U.S.C. § 1446(b). PRA received service of Plaintiff's Complaint by certified mail on February 1, 2021.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all pleadings, process and orders filed in the state court action.

4. The District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against PRA alleging violations of the Fair Debt Collection

Practices Act, 15 U.S.C. § 1692, *et seq*. and the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.

5. On this date, PRA has provided notice of this Removal to Plaintiff and to the Honorable Steven A. Sandone, Magistrate Judge for MDJ-32-2-40, Delaware County.

WHEREFORE, Defendant Portfolio Recovery Associates, LLC respectfully removes this case to the United States District for the Eastern District of Pennsylvania.

    Respectfully submitted,

    **MESSER STRICKLER, LTD.**

By:   */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: March 1, 2021

# CERTIFICATE OF SERVICE

I certify that on March 1, 2021, a true copy of the foregoing document was served as follows:

<u>*Via U.S. Mail, Postage Prepaid*</u>
Enan Harvey
524 Primros Ave.
Folcroft, PA 19032
*Plaintiff*

<u>*Via Facsimile to (610) 583-1197 and U.S.*</u>
<u>*Mail, Postage Prepaid*</u>
Magisterial District Court 32-2-40
Hon. Steven A. Sandone
11 Bartram Ave.
Glenolden, PA 19036

**MESSER STRICKLER, LTD.**

By: <u>*/s/ Lauren M. Burnette*</u>
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: March 1, 2021