# EXHIBIT A

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DELAWARE



# Civil Action Hearing Notice

| Mag. Dist. No: | MDJ-32-2-40 |
|---|---|
| MDJ Name: | Honorable Steven A. Sandone |
| Address: | 11 Bartram Avenue<br>Glenolden, PA 19036 |
| Telephone: | 610-583-6646 |

Portfolio Recovery Associates LLC
120 Corporate Blvd
Norfolk, VA 23502

Enan I. Harvey
v.
Portfolio Recovery Associates LLC

Docket No: MJ-32240-CV-0000005-2021
Case Filed: 1/25/2021

Your Role: Defendant

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing has been scheduled to be held on/at:

| Date: **Thursday, March 11, 2021** | Place: Magisterial District Court 32-2-40 |
|---|---|
| Time: **9:00 AM** | 11 Bartram Avenue<br>Glenolden, PA 19036<br>610-583-6646 |

**NOTIFY THIS OFFICE IMMEDIATELY IF YOU INTEND TO APPEAR FOR THE HEARING**

## Notice To Defendant

If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.

**You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.C.P.M.D.J. No. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.C.P.M.D.J. No. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.**



# Notice of Language Rights



Language Access Coordinator
100 West Front Street Media, PA 19063-3504
610-565-6990
languageaccesscoordinator@co.delaware.pa.us

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية :** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रूपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi/پنجابی/Pakistan/:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے اوتے فراہم کیتیاں رابطے دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو۔

**Punjabi/ ਪੰਜਾਬੀ /India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਓ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français:** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DELAWARE



# CIVIL COMPLAINT

| | |
|---|---|
| Mag. Dist. No: | MDJ-32-2-40 |
| MDJ Name: | Honorable Steven A. Sandone |
| Address: | 11 Bartram Avenue, Glenolden, PA 19036 |
| Telephone: | 610-583-6646 |

PLAINTIFF: NAME and ADDRESS
Enan Harvey
524 Primos Ave, Folcroft, PA 19032

V.

DEFENDANT: NAME and ADDRESS
Portfolio Recovery Associates, LLC
120 Corporate Blvd, Norfolk, VA

Docket No. CV-5-21 23502
Case Filed: 1-25-21

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $133.75 | / / |
| POSTAGE | $6.33 | / / |
| SERVICE COSTS | $ | / / |
| CONSTABLE ED. | $ | / / |
| TOTAL | $140.08 | 1/25/21 |

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant: The above named plaintiff(s) asks judgment against you for $ 4,000 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

I am suing the defendant for Defamation, Negligent Enablement of Identity Fraud, Violation of the Fair Debt Collection Practices Act (including but not limited to section 807-8), & Violation of the Fair Credit Reporting Act (including but not limited to Section 623-b).

I, Enan Harvey verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

_____
(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1

---

If you intend to enter a defense to this complaint, you should notify this office immediately at the above telephone number. You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 308A-BL
Printed: 10/08/2019 9:48:02AM

1



FREE INTERPRETER
www.pacourts.us/language-rights
610-565-6990

# CIVIL INSTRUCTIONS

**YOU ARE A NAMED PARTY IN A CIVIL ACTION AT THE MAGISTERIAL DISTRICT JUDGE'S LEVEL. YOU SHOULD BE AWARE OF THE FOLLOWING:**

*A hearing will be set in front of the Magisterial District Judge at which time your case will be heard.*

*You should bring any and all information, documentation, proof, etc… regarding your case.*

*You <u>NEED NOT</u> be represented by an attorney <u>UNLESS</u> you are a corporation. Corporations <u>MUST</u> be represented either by an attorney or an officer of the corporation. If a corporation appears at the hearing without proper representation, the Judge may enter judgment against that corporation.*

*If you are a named defendant you must appear at the hearing or a default judgment will be awarded against you.*

*Any and all request for continuance by Plaintiff or Defendant should be made timely.*

*The Judge may deny any request for continuance, at which time your case must proceed.*

*All Rules of Evidence must be adhered to in the courtroom. This applies to parties who are represented by counsel or parties who choose to represent themselves.*

**DEFENDANT**